# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL KUTZBACK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RIVIANA FOODS, INC.,<br><br>    Defendant. | Case No. 2:22-cv-02025-JPM-atc |

## ORDER GRANTING UNOPPOSED MOTION TO CONDITIONALLY CERTIFY COLLECTIVE ACTION

Before the Court is Plaintiff's Unopposed Motion to Conditionally Certify Collective Action and Facilitate Notice to Potential Class Members, filed on April 22, 2022. (ECF No. 15.) For good cause shown, the Motion is **GRANTED**.

Defendant is directed to produce a list of all members of the Putative Class by providing a list of their names, last known addresses, social security numbers if necessary, dates of employment, cell phone numbers, and email addresses in electronic and importable format (e.g., Microsoft Excel) by May 6, 2022.

Plaintiff's counsel is authorized to send the Court-approved notice (App. A) and reminder notice of this action to the putative class members via U.S. Mail, e-mail and text message, and Defendant must post the notice in a conspicuous location in its Tennessee facilities.

The Court approves a sixty-day opt-in period during which the putative class members may join the Collective Action.

**SO ORDERED**, this 22nd day of April, 2022.

                                                  /s/ Jon P. McCalla
                                                  JON P. McCALLA
                                                  UNITED STATES DISTRICT JUDGE