# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL KUTZBACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case 2:22-CV-02025-JPM-atc |
| v. | ) | |
| | ) | |
| RIVIANA FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MAILING

PLEASE TAKE NOTICE that pursuant to the Court's Order Granting Plaintiff's Unopposed Motion to Conditionally Certify Collective Action [ECF No. 16], dated April 22, 2022, Plaintiff sent the court approved Notice of Collective Action and Consent to Join Collective Action [ECF Nos. 15-1 and 15-2] to all individuals whose names appeared on the list produced by Defendant's counsel via first-class mail, email, and text message on May 20, 2022.

Respectfully submitted,

Dated: May 20, 2022

/s/Michael N. Hanna
Michael N. Hanna (P81462)
MORGAN & MORGAN, P.A
2000 Town Center, Suite 1900
Southfield, MI 48075
(313) 251-1399
mhanna@forthepeople.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on May 20, 2022, the foregoing document was filed using

the CM/ECF system, which will send notice of same to all counsel of record.

<u>/s/ Michael N. Hanna</u>
Michael N. Hanna (P81462)
Attorney for Plaintiff